IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                       Case No. 11-10161–03-JTM

Sergio R. Little,

    Defendant.


MEMORANDUM AND ORDER

This matter is before the court on the government's Motion to Consume Physical Evidence, the government seeking leave to conduct potentially destructive DNA testing on the small sample in its possession as to defendant Sergio Little. The court has previously granted the government's motion (Dkt. 62), which sought leave to conduct similar DNA testing as co-defendant Willie Jackson. For the reasons stated more fully in its previous Order (Dkt. 64), the court finds good cause for the government's motion. Given the absence of any indicia of bad faith, the motion to consume (Dkt. 68) is hereby granted.

IT IS SO ORDERED this 22nd day of February, 2012.

                                                         s/ J. Thomas Marten
                                                         J. THOMAS MARTEN, JUDGE